1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant U.S. Attorney
        333 Market Street, Suite 1500
5       San Francisco, CA 94105
        Telephone: (415) 977-8943
6       Fax: (415) 744-0134

7  Attorneys for Defendant

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                 SACRAMENTO DIVISION

11   MARTHA COULBOURN,            ) Case No. 2:07-CV-00095 GGH
                                  )
12           Plaintiff,           )
                                  ) STIPULATION AND ORDER
13       vs.                      )
                                  )
14   MICHAEL J. ASTRUE,           )
     Commissioner of Social       )
15   Security,                    )
                                  )
16           Defendant.           )
                                  )
17   _____  )

18

19      The parties hereby stipulate by counsel, with the Court's

20 approval as indicated by issuance of the attached Order, that

21 Defendant shall have a first extension of time of 7 days to

22 answer Plaintiff's complaint.  The due date was May 9, 2007.  The

23 new due date will be May 16, 2007.

24      The parties stipulate that the Court's Scheduling Order

25 shall be modified accordingly.

26

27 DATED: Authorized by faxed
           signature on
28         May 15, 2007

Stip & Proposed Order Re Ext of Defendant's Time                Page 1

1

2   DATED: May 15, 2007                   /s/ *Jonathan A. Hendricks*
                                          JONATHAN A. HENDRICKS
3                                         Attorney for Plaintiff

4                                         McGREGOR W. SCOTT
                                          United States Attorney

5   DATED: May 15, 2007            By: /s/ *Theophous H. Reagans*
                                          THEOPHOUS H. REAGANS
6                                         Special Assistant U.S. Attorney

7                                         Attorneys for Defendant

8   OF COUNSEL
    LUCILLE GONZALES MEIS
9   REGIONAL CHIEF COUNSEL, REGION IX
    UNITED STATES SOCIAL SECURITY ADMINISTRATION
10

11
                                    ORDER
12

13       APPROVED AND SO ORDERED.

14
    DATED: 5/18/07                   /s/ Gregory G. Hollows
15
                                     _____
16                                   GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE
17
    coulbourn.ord
18

19

20

21

22

23

24

25

26

27

28

Stip & Proposed Order Re Ext of Defendant's Time                    Page 2