McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8943
    Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARTHA COULBOURN, | ) Case No. 2:07-CV-00095 GGH |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time to answer Plaintiff's Summary Judgment Motion. The due date was August 2, 2007. The new due date will be October 4, 2007.

Defense counsel inadvertently failed to properly calendar the due date. Counsel apologizes for any inconvenience and delay caused by Counsel's inadvertence.

The parties stipulate that the Court's Scheduling Order

Stip & Proposed Order Re Ext of Defendant's Time                              Page 1

1 | shall be modified accordingly.

2 | DATED: September 21, 2007           /s/ *Jonathan A. Hendricks*
                                        (Authorized by telephone on
3 |                                     September 20, 2007)

4 |                                      JONATHAN A. HENDRICKS
                                         Attorney for Plaintiff
5 |
                                         McGREGOR W. SCOTT
6 |                                      United States Attorney

7 | DATED: September 21, 2007     By:  /s/ *Theophous H. Reagans*
                                       THEOPHOUS H. REAGANS
8 |                                    Special Assistant U.S. Attorney

9 |                                     Attorneys for Defendant

10 | OF COUNSEL
    LUCILLE GONZALES MEIS
11 | REGIONAL CHIEF COUNSEL, REGION IX
    UNITED STATES SOCIAL SECURITY ADMINISTRATION
12 |

13 |                               ORDER

14 |

15 |     APPROVED AND SO ORDERED.

16 |
    DATED: 9/27/07                 /s/ Gregory G. Hollows
17 |                               _____
                                   GREGORY G. HOLLOWS
18 |                               UNITED STATES MAGISTRATE JUDGE

19 | coulbourn.eot

Stip & Proposed Order Re Ext of Defendant's Time                    Page 2