IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTHA COULBOURN,

    Plaintiff,               No. CIV S-07-0095 GGH

    vs.

MICHAEL J. ASTRUE,         ORDER
Commissioner of
Social Security,

    Defendant.
_____/

        Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act ("Act").[1] The court has reviewed the record and the new evidence submitted by plaintiff which indicates that as of January 25, 2007, back surgery was recommended and was to be scheduled "for the next available appointment." That surgery now should have occurred.

        Therefore, IT IS ORDERED that:

        1. Within ten days of this order, plaintiff shall submit all medical records dated after January 25, 2007 (to the extent she has not done so already), and a short brief regarding her

---

[1] The case is before the undersigned pursuant to 28 U.S.C. § 636(c) (consent to proceed before a magistrate judge).

1

1 condition during that time period and the outcome of the surgery.

2        2. Defendant may file a reply within five days thereafter.

3 DATED: 02/28/08

4                                             /s/ Gregory G. Hollows

5                                             GREGORY G. HOLLOWS
                                              U.S. MAGISTRATE JUDGE

6 GGH/076
Coulbourn0095.rec.wpd