1  JONATHAN A. HENDRICKS, ESQ. (SBN 173482)
   DAVID ALLEN & ASSOCIATES
2  5230 Folsom Boulevard
   Sacramento, California 95819
3  (916) 455-4800\FAX (916) 451-5687

4  Attorney for Plaintiff
   MARTHA COULBOURN
5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 MARTHA COULBOURN,              )   CASE NO. 2:07-cv-00095-GGH (SS)
                                  )
11         Plaintiff,             )   STIPULATION AND ORDER FOR
                                  )   EXTENSION OF TIME ON ORDER
12 v.                             )   DATED FEBRUARY 28, 2008.
                                  )
13 JO ANNE BARNHART, Commissioner of )
   Social Security,               )
14                                )
                                  )
15         Defendant.             )
   _____)
16

17

18
        The parties through their undersigned attorneys stipulate that plaintiff will have an
19
   additional 20 days in which to comply with the order of February 28, 2008.
20

21

22 ///

23 ///

24

25

26

27

28

                                            1
   STIPULATION AND ORDER FOR EXTENSION OF TIME ON ORDER DATED FEBRUARY 28, 2008.

Extension is being requested by plaintiff because additional time is needed to obtain the requested records. The new due date for Plaintiff s will be March 28, 2008.

DATED: March 7, 2008

*/s/ Jonathan A. Hendricks*
JONATHAN A. HENDRICKS
Attorney for Plaintiff
MARTHA COULBOURN

DATED: March 7. 2008

By: */s/ Theophous H. Reagans*
*(Authorized by telephone)*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

DATED: March 10, 2008

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE