IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTHA COULBOURN,

        Plaintiff,                        No. CIV S-07-0095 GGH

     vs.

MICHAEL J. ASTRUE,                 ORDER
Commissioner of
Social Security,

        Defendant.
_____/

        This court is in the process of reviewing the cross-motions for summary judgment. Both parties refer to a Notice of Entitlement to Benefits, dated March 17, 2007, wherein the Social Security Administration found that plaintiff was entitled to benefits. Plaintiff's brief states that she was entitled to benefits as of September, 2006.[1] Pl.'s Mot. at 4. Defendant's Errata states that plaintiff was found disabled as of March 24, 2006. Both parties refer to the declaration of Jonathon Hendricks; however, this declaration contains no reference to entitlement to benefits, and no pertinent documentation is included in the attached exhibits.

        Therefore, IT IS ORDERED that within five days of this order, the parties shall submit a joint stipulation which outlines benefits awarded to plaintiff and the date of entitlement.

---

[1] This brief reference is the only place in plaintiff's brief or exhibits where this finding is mentioned.

1

1  Any available documentation to support the stipulation should be attached.

2  DATED: 04/04/08

3                                                                    /s/ Gregory G. Hollows
   _____
4                                                                    GREGORY G. HOLLOWS
                                                                     U.S. MAGISTRATE JUDGE
5  GGH/076
   Coulbourn0095.stp.wpd